UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 9, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAU SAM,

Defendant.

Case No. 2:14-cr-00220-KJM-5

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CAU SAM

Case No. 2:14-cr-00220-KJM-5 Charge 18 USC § 3583 from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    (Other): Supervised Release conditions previously

    **X** imposed. Defendant ordered to be back at 2:00 PM on

    1/10/2018 before Judge Newman.

Issued at Sacramento, California on January 9, 2018 at 2:00 PM

By: _[signature]_

Magistrate Judge Kendall J. Newman