McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAU SAM,<br><br>Defendant. | CASE NO. 2:14-CR-00220-KJM<br><br>STIPULATION REGARDING CONTINUANCE OF PRELIMINARY HEARING; ORDER<br><br>DATE: January 22, 2018<br>TIME: 9 a.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Preliminary Hearing in this matter was set for January 22, 2018, at 9 a.m.

2. By this stipulation, the parties now move to continue the Preliminary Hearing until January 31, 2018, at 9 a.m., because defense counsel would like to allow time for the Probation Officer to interview the defendant.

IT IS SO STIPULATED.

1

Dated: January 17, 2018                    McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ MIRIAM R. HINMAN
                                           MIRIAM R. HINMAN
                                           Assistant United States Attorney

Dated: January 17, 2018                    /s/ DONALD DORFMAN
                                           DONALD DORFMAN
                                           Counsel for Defendant
                                           CAU SAM

**ORDER**

With the consent of the defendant and having found good cause, the Court hereby ORDERS that the Preliminary Hearing previously set for January 22, 2018, at 9:00 a.m., is CONTINUED to January 31, 2018, at 9:00 a.m.

Dated: January 17, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE