McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CAU SAM,<br><br>                              Defendant. | CASE NO. 2:14-CR-00220-KJM<br><br>STIPULATION TO VACATE PRELIMINARY HEARING; ORDER<br><br>DATE: January 31, 2018<br>TIME: 9 a.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

        1.        By previous order, the Preliminary Hearing in this matter was set for January 31, 2018, at 9 a.m.

        2.        By previous order, the Admit/Deny Hearing in this matter is set for February 7, 2018, at 9 a.m. before the Honorable Kimberly J. Mueller.

        3.        By this stipulation, the parties now move to vacate the Preliminary Hearing.

        4.        The parties have reached an agreement under which the defendant will admit Charge 2 in the Probation Petition using a written stipulation as the factual basis, and he will deny Charge 1.

1

5. Given that agreement, the defendant waives his right to a Preliminary Hearing under Fed. R. Crim. P. 32.1.

IT IS SO STIPULATED.

Dated: January 23, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
Assistant United States Attorney

Dated: January 23, 2018

/s/ DONALD DORFMAN
DONALD DORFMAN
Counsel for Defendant
CAU SAM

## ORDER

The Court hereby ORDERS this 23rd day of January, 2018, that the Preliminary Hearing previously set for January 31, 2018, at 9:00 a.m. is VACATED.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE